FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 03, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KELLI BENJAMIN,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>GREG BENJAMIN,<br><br>　　　　　　　　Defendant. | NO: 2:18-CV-110-RMP<br><br>ORDER REMANDING THE MATTER TO STATE COURT |

On April 18, 2018, the Court entered an Order to Show Cause directing Defendant to show cause in a writing to be filed with the Court, within 10 days of the date of the Order, why this action should not be remanded due to lack of jurisdiction. ECF No. 11. Defendant has failed to show cause as directed.

Accordingly, **IT IS HEREBY ORDERED**:

1. Washington State civil Cause Number 08-3-02056-6 and Washington State criminal Cause Number 17-1-04831-4 are **REMANDED** to Spokane County Superior Court.

ORDER REMANDING THE MATTER TO STATE COURT ~ 1

2. All pending motions, if any, are **DENIED AS MOOT**.

3. All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, provide copies to counsel and Defendant, and **close this case**.

**DATED** May 3, 2018.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge

ORDER REMANDING THE MATTER TO STATE COURT ~ 2